UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KIMBERLY BOYD-HARRIS,**<br><br>Plaintiff<br><br>v.<br><br>**F STREET INVESTMENTS, LLC,**<br><br>Defendant. | **2:24-CV-13175-TGB-DRG**<br><br>HON. TERRENCE G. BERG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 37)** |

This matter is before the Court on Magistrate Judge David R. Grand's August 8, 2025, Report and Recommendation, ECF No. 37, recommending that Defendant F Street Investments, LLC's Motion to Dismiss Plaintiff's Complaint, or in the alternative Motion for Summary Judgment, ECF No. 21, be **DISMISSED WITHOUT PREJUDICE**.

The Court has reviewed Magistrate Judge Grand's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*.

Where, as here, neither party has lodged objections to the report and recommendation, the district court is not obligated to independently

review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court will, therefore, accept Magistrate Judge Grand's Report and Recommendation of August 8, 2025, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of August 8, 2025, ECF No. 37, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendant F Street Investments, LLC's Motion to Dismiss Plaintiff's Complaint, or in the alternative Motion for Summary Judgment, ECF No. 21, is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 28, 2025       /s/Terrence G. Berg
                             HON. TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated: August 28, 2025           By: /s/E. Vradenburg
                                      Case Manager


BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge